United States District Court
Northern District of California

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

TRENELL PERRYMAN,

    Plaintiffs,

v.

CITY OF PITTSBURG, et al.,

    Defendants.

Case No. 20-cv-03408-SI  (SI)

**PRETRIAL SCHEDULING AND PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: May 28, 2021 at 3:00 PM.
Counsel *must* file a joint case management statement by May 21, 2021.

ADR:  Completion of ENE by:  May 14, 2021.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: September 24, 2021.

DEADLINE TO COMPLETE RULE 35 EXAMINATIONS:  September 27, 2021.

DESIGNATION OF EXPERTS: October 8, 2021; REBUTTAL: October 15, 2021;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: November 5, 2021.

DISPOSITIVE MOTIONS **SHALL** be filed by; January 28, 2022;
    Opp. Due: February 11, 2022; Reply Due: February 18, 2022;
    and set for hearing no later than March 4, 2022 at 10:00 AM.

PRETRIAL PAPERWORK Due: April 12, 2022.

PRETRIAL CONFERENCE DATE: April 26, 2022 at 3:30 PM.

Jury TRIAL DATE: May 9, 2022 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 5-7 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

      **IT IS SO ORDERED**.

Dated: December 4, 2020

_____
SUSAN ILLSTON
United States District Judge