UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENELL PERRYMAN,<br>　　　　Plaintiff,<br>　　v.<br>CITY OF PITTSBURG, et al.,<br>　　　　Defendants. | Case No. 20-cv-03408-SI<br><br>**ORDER REQUIRING RESPONSE TO PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**<br><br>Re: Dkt. No. 42 |

On April 28, 2021, plaintiff Trenell Perryman filed a notice of pendency of other action or proceeding. Dkt. No. 42. Plaintiff argues *E.P., a minor v. City of Pittsburg, et al.,* case no. 3:21-cv-3030-LB (N.D. Cal. April 26, 2021) is related to the present action because both cases involve the same defendants and arise from an April 26, 2019 incident involving police officers of the City of Pittsburg. *Id.* at 1-2.

Pursuant to Civil Local Rules 3-12(b) and 7-11(b), a party must respond to an administrative motion to consider whether cases should be related no later than four days after the motion has been filed. Civ. L.R. 3-12(b); 7-11(b). Accordingly, defendants shall file a response to plaintiff's notice of pendency of other action or proceeding no later than May 14, 2021.

**IT IS SO ORDERED**.

Dated: May 10, 2021

SUSAN ILLSTON
United States District Judge