UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENELL PERRYMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF PITTSBURG, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-03408-SI<br><br>**ORDER DENYING PLAINTIFFS' REQUEST TO EXTEND DISCOVERY DEADLINES**<br><br>Re: Dkt. Nos. 76, 77 |

On February 9, 2022, plaintiffs filed a unilateral letter brief requesting the Court extend two discovery deadlines: (1) moving the expert disclosure deadline from February 11, 2022 to April 4, 2022, and (2) moving the rebuttal expert disclosure deadline from February 12, 2022 to April 14, 2022. Dkt. No. 76. Plaintiffs argue that granting such extensions would facilitate the settlement discussion scheduled for March 21, 2022. *Id*. Defendants promptly filed a unilateral letter brief objecting to plaintiffs' request. Dkt. No. 77.

The Court finds the basis for plaintiffs' request unpersuasive. Accordingly, the Court **DENIES** plaintiffs' requested extension of discovery deadlines.

**IT IS SO ORDERED**.

Dated: February 15, 2022

　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　United States District Judge